IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17MJ328 |
| v. | : | |
| DAMIAN JONES | : | |

**ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE COUNSEL A REDACTED COPY OF THE SEALED COMPLAINT AND SUPPORTING AFFIDAVIT WITH LIMITED DISSEMINATION**

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide Jon Paul Rion, Esq., counsel for Damian Jones, a redacted copy of the sealed complaint and supporting affidavit (the "documents") filed in the above-captioned case. No further dissemination of the contents and/or hard copies of the documents is authorized by this order, except that Mr. Rion may orally read the contents of the documents to his client, Damian Jones. Further, the documents shall remain under seal in their entirety until such time as ordered by the Court.

9-5-17
DATE

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE